UNITED STATES of America ex rel. Alfred TURIANO, Relator-Appellant, v. James E. MULCAHY, Respondent-Appellee.

No. 134, Docket 21542.

United States Court of Appeals
Second Circuit.

Argued Dec. 7, 1949.

Decided Dec. 8, 1949.

Blaisdell & Dunne, New York City (James D. Walsh, New York City, of counsel), for relator-appellant.

Irving H. Saypol, United States Attorney, New York City (Roy M. Cohn, Assistant United States Attorney, New York City, on the brief), for respondent-appellee.

Before L. HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Order reversed; cause remanded with directions to grant the writ and fix bail at $60,000 on authority of United States ex rel. Rubinstein v. Mulcahy, 2 Cir., 155 F.2d 1002.